# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JESSE RODRIGUEZ,<br><br>                    Defendant. | CASE NO. 1:01-CR-05146-(1)-LJO<br><br>ORDER STAYING CASE AND SETTING BRIEFING SCHEDULE<br><br>(ECF No. 27) |

On June 22, 2016, the Federal Defender's Office ("FDO") filed a motion on behalf of Petitioner Jesse Rodriguez (ECF No. 27), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Pending before the Court of Appeals for the Ninth Circuit is *United States v. Begay*, Case No. 14-10080. In *Begay*, the question before the court includes contemplating the role of intent when evaluating whether a crime is a "crime of violence." Here, determining whether the prior crime which served as the basis of the sentencing enhancement constitutes a crime of violence likely hinges on a similar analysis. In other words, the outcome in *Begay* may impact this case. Accordingly,

**IT IS HEREBY ORDERED** that proceedings in the instant case are **STAYED** pending a decision in *Begay*. **IT IS FURTHER ORDERED** that from the issuance of the mandate by the Ninth Circuit in *Begay*, the FDO **SHALL** have **60 days** to file a supplement to the instant Section 2255 Motion addressing the impact of *Begay* **or** to notify the Court that it does not intend to file such a supplement. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Petitioner's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

     Dated:   **July 5, 2016**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE