McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:01-CR-05146-NONE |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| JESSE RODRIGUEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) on December 23, 2020. Docket No. 34. Pursuant to Local Rule, the government's response is due on December 30, 2020, with any reply from the defendant due on January 2, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before January 14, 2021;

        b)       The defendant's reply to the government's response to be filed on or before January 21, 2021.

IT IS SO STIPULATED.

Dated:  December 30, 2020

McGREGOR W. SCOTT  
United States Attorney

/s/ CHRISTOPHER D. BAKER  
CHRISTOPHER D. BAKER  
Assistant United States Attorney

Dated:  December 30, 2020

/s/ PEGGY SASSO  
PEGGY SASSO  
Counsel for Defendant  
JESSE RODRIGUEZ

### FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)       The government's response to the defendant's motion, Docket No. 34, is due on or before January 14, 2021;

    b)       The defendant's reply to the government's response, if any, is due on January 21, 2021.

IT IS SO ORDERED.

Dated:  **December 30, 2020**

UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE    2