HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
JESSE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:01-cr-05146 |
|---|---|
| *Plaintiff,* | SEALING ORDER |
| vs. | |
| JESSE RODRIGUEZ, | |
| *Defendant.* | JUDGE: Hon. Dale A. Drozd |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Rodriguez's Exhibits U and V to his Motion for a Reduced Sentence Pursuant to 18 U.S.C. § 3582(c) shall be filed *under seal* until further order of the court as they contain confidential medical records.

IT IS SO ORDERED.

Dated:  **December 30, 2020**

_____
UNITED STATES DISTRICT JUDGE

Rodriguez: Sealing Order